■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS RIVERA, Appellant. [651 NYS2d 547] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered July 11, 1994, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification evidence. Justice Friedmann has been substituted for the late Justice Hart *(see,* 22 NYCRR 670.1 [c]).

Ordered that the judgment is affirmed.

During a dispute over drugs, the defendant stabbed the victim 44 times with a knife. The defendant was apprehended by a police officer after he jumped from a second-story ledge. He was covered with blood and naked except for a pair of bloody sweat pants. The defendant was taken to the hospital,

where he was identified at a showup by the victim's two sons and two witnesses who saw him jump from the ledge. Prior to trial, the defendant moved to suppress, *inter alia,* the out-of-court identifications, which was denied after a hearing. On appeal, he contends, among other things, that those identifications should have been suppressed.

In view of the overwhelming evidence that the defendant was the perpetrator, any error in the showup was harmless *(see, People v Crimmins,* 36 NY2d 230).

The defendant's remaining contentions are unpreserved for appellate review *(see,* CPL 470.05 [2]). Miller, J. P., Altman, Friedmann and Goldstein, JJ., concur.